UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MANUEL PEREZ PEREZ,

                 Petitioner,

        -against-

NEW YORK STATE DEPARTMENT OF
TRANSPORTATION, et al.,

                 Respondents.

25-CV-3178 (RA)

ORDER DIRECTING SIGNATURE

RONNIE ABRAMS, United States District Judge:

Petitioner brings this action *pro se*. The complaint that Plaintiff submitted is unsigned. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a); *see Becker v. Montgomery*, 532 U.S. 757, 764 (2001) (interpreting Rule 11(a) to require, "as it did in John Hancock's day, a name handwritten (or a mark handplaced)").

Petitioner is directed to sign and submit the complaint within 30 days of the date of this order. No summons or answer shall issue at this time. If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

Plaintiff is advised that, to the extent he wishes to consult with the City Bar Justice Center's clinic for *pro se* litigants, he may do so by visiting its website at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, or by calling (212) 382-4794. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

SO ORDERED.

Dated:    May 5, 2025
          New York, New York

                                        _____
                                                RONNIE ABRAMS
                                           United States District Judge