UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR MANUEL PEREZ PEREZ,

                Petitioner,

-against-

NEW YORK STATE DEPARTMENT OF TRANSPORTATION, et al.,

                Respondents.

25-CV-3178 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The Court has received Petitioner's complaint and motion to expedite the relief sought therein. Although Petitioner is *pro se*, because he paid the filing fee and is not proceeding *in forma pauperis*, he must obtain summonses from the court and is responsible for service on Respondents. Petitioner is further advised that, to the extent he wishes to consult with the City Bar Justice Center's clinic for pro se litigants, he may do so by visiting its website at https://www.citybarjusticecenter.org/projects/federal-pro-selegal-assistance-project, or by calling (212) 382-4794. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

      The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

SO ORDERED.

Dated:  June 5, 2025
          New York, New York

                                              RONNIE ABRAMS
                                      United States District Judge