UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR MANUEL PEREZ PEREZ,

                Petitioner,

-against-

NEW YORK STATE DEPARTMENT OF TRANSPORTATION, et al.,

                Respondents.

25-CV-3178 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court has received Petitioner's letter indicating that he has effected service on Respondents. It is not clear from the letter or the case docket whether Respondents have in fact been served and, if so, by what means. Petitioner is advised that this case cannot proceed until Respondents are properly served and adequate proof of service is filed. Petitioner is directed to consult the court's Guide to Service of Process in Cases where the Fees Have Been Paid, which is available at https://nysd.uscourts.gov/sites/default/files/2024-07/Guide%20-%20Service%20-%20Summons%20and%20Complaint%20-%20Fee%20Paid.pdf.

    To the extent Petitioner has questions regarding his service obligations, he is reminded that he may consult with the City Bar Justice Center's clinic for pro se litigants (https://www.citybarjusticecenter.org/projects/federal-pro-selegal-assistance-project; (212) 382-4794.)

SO ORDERED.

Dated:  June 23, 2025
          New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge